

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-12-00510-CV

_____

IN THE INTEREST OF A.M.M., A CHILD

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 82,507-D, Honorable Don R. Emerson, Presiding

May 28, 2013

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

John Aaron Michael Monahan filed a notice of appeal on November 21, 2012. We dismiss it for want of prosecution.

The clerk's record was filed on December 21, 2012, and no reporter's record was taken. Appellant's brief was due on May 6, 2013. The Court notified appellant on May 13, 2013, that the due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by May 23, 2013, the appeal would be dismissed for want of prosecution. To date, no brief or motion to extend the deadline has been filed.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant is free to file a timely motion for rehearing accompanied by a brief and appendix comporting with the Rules of Appellate Procedure.

Per Curiam